D. SCOTT CHANG #146403
schang@housingrightscenter.org
AZADEH HOSSEINIAN #306141
ahosseinian@housingrightscenter.org
HOUSING RIGHTS CENTER
3255 Wilshire Boulevard, Suite 1150
Los Angeles, CA  90010
Tel.:  (213) 387-8400 x1116
Fax:  (213) 381-8555

Attorneys for Plaintiffs
BLANCA MOLINA, and B.M. and K.M.,
by an through their general guardian
BENITO MOLINA

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BLANCA MOLINA, an individual, and B.M. and K.M., by and through their general guardian BENITO MOLINA,<br><br>Plaintiffs,<br><br>vs.<br><br>MEHRIVAR MEKNUNI, an individual,<br><br>Defendant. | Case No.: 2:18–cv–2130<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFFS B.M and K.M.** |

Pursuant to Federal Rule of Civil Procedure 17(c)(2), Petitioner Benito Molina requests that this Court appoint him as the guardian ad litem for minors B.M. and K.M. In support of his petition, petitioner states as follows:

1. Both B.M., age 17, and K.M., age nine, are minors and individuals with developmental disabilities who have been named as Plaintiffs in this action.

2. Petitioner is the biological father, general guardian and one of the

1  custodial parents of B.M. and K.M.

2      3.    Petitioner resides at 6265 Kester Avenue in Van Nuys, California with
3  B.M. and K.M.

4      4.    Petitioner is competent and fully able to act as B.M. and K.M.'s
5  guardian ad litem and to represent their interests in this lawsuit. Petitioner is not a
6  Plaintiff in this action.

7      5.    Petitioner is willing to and agrees to act as guardian ad litem for his
8  minor children.

9      **WHEREFORE**, Petitioner requests that he be appointed guardian ad litem for
10 his minor children, B.M. and K.M.

11

12 Dated: March 15, 2018.

13     I declarate under penalty of perjury under the laws of the United States that the
14 foregoing is true and correct

15

16
17 Dated: 03-15-18
18
19                                               Benito Molina
20
21
22
23
24
25
26
27
28