IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BLANCA MOLINA, an individual, and B.M. and K.M., by and through their general guardian BENITO MOLINA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MEHRIVAR MEKNUNI, an individual,<br><br>　　　　Defendant. | Case No.: 2:18–cv–2130<br><br>**ORDER RE PETITION FOR APPOINTMENT OF GUARDIAN FOR B.M. AND K.M.** |

　　Having considered the Petition of Benito Molina for Appointment of Guardian Ad Litem for B.M. and K.M., and good cause appearing therefor, this Court hereby appoints Benito Molina as guardian ad litem for Petitioner's minor children B.M. and K.M.

　　IT IS SO ORDERED.

Dated:  March 22, 2018

　　　　　　　　　　　　　　　　　　　　　/s/ Frederick F. Mumm
　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE