D. SCOTT CHANG #146403
schang@housingrightscenter.org
AZADEH HOSSEINIAN #306141
ahosseinian@housingrightscenter.org
HOUSING RIGHTS CENTER
3255 Wilshire Boulevard, Suite 1150
Los Angeles, CA  90010
Tel.:  (213) 387-8400 x1116
Fax:  (213) 381-8555

Attorneys for Plaintiffs
BLANCA MOLINA, and B.M. and K.M.,
by an through their guardian ad litem
BENITO MOLINA

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BLANCA MOLINA, an individual, and B.M. and K.M., by and through their guardian ad litem BENITO MOLINA,<br><br>    Plaintiffs,<br><br>  vs.<br><br>MEHRIVAR MEKNUNI, an individual,<br><br>    Defendant. | Case No.: 2:18-cv-02130-RGK(PJWx)<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that after a mediation through the Court's Alternative Dispute Resolution Program, Plaintiffs and Defendant have entered into an agreement which, when fully executed, will dispose of this matter.  Because the Plaintiffs in this case include minor plaintiffs, Plaintiffs will file an ex parte motion

1 for approval of a minor's compromise.  After the Court issues an order approving the
2 minor's compromise, the Parties will file a stipulation of  dismissal within 45 days of
3 the Court's approval of the minor's compromise or will submit a status report as to
4 why lawsuit has not been dismissed.

Dated: February 4, 2019

_____
D. SCOTT CHANG
AZADEH HOSSEINIAN
HOUSING RIGHTS CENTER
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I am over the age of 18 years and am not a party to the within action.  My business address is 3255 Wilshire Boulevard, Suite 1150, Los Angeles, CA 90010.

On 02/04/2019, I served a true and correct copy of the following document(s): **NOTICE OF SETTLEMENT** upon the following person(s):

| | |
|---|---|
| John Schlanger<br>**ATTORNEY AT LAW**<br>13837 Cantley Street<br>Van Nuys CA 91405-2609<br>Tel:  (818)785-3755 / Fax:  (818)785-4742<br>Email:  johnschlan@aol.com | Attorney(s) for Defendant(s) |

In the following manner(s):

☐ **BY HAND DELIVERY**:  By causing such document(s) to be delivered by hand to the above person(s) at the address(es) set forth above.

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF System.  Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY FACSIMILE**:  By transmitting the above document(s) to the facsimile number(s) of the addressee(s) designated above.

☐ **BY E-MAIL**:  By attaching a copy of the above document(s) to the e-mail addressee(s) of the addressee(s) designated above.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on this 02/04/2019 at Los Angeles, California.

*Vickie Scarborough-Willis*
Vickie Scarborough-Willis