D. SCOTT CHANG #146403
schang@housingrightscenter.org
AZADEH HOSSEINIAN #306141
ahosseinian@housingrightscenter.org
HOUSING RIGHTS CENTER
3255 Wilshire Boulevard, Suite 1150
Los Angeles, CA  90010
Tel.:  (213) 387-8400 x1116
Fax:  (213) 381-8555

Attorneys for Plaintiffs
BLANCA MOLINA, and B.M. and K.M.,
by an through their guardian ad litem
BENITO MOLINA

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BLANCA MOLINA, an individual, and B.M. and K.M., by and through their guardian ad litem BENITO MOLINA,<br><br>       Plaintiffs,<br><br>  vs.<br><br>MEHRIVAR MEKNUNI, an individual,<br><br>       Defendant. | Case No.: 2:18-cv-02130-RGK(PJWx)<br><br>**PETITION FOR TERMINATION OF GUARDIAN AD LITEM STATUS** |

Through this petition, Plaintiffs request that Benito Molina Sr.'s status as guardian ad litem for Plaintiff Benito Molina Jr. (formerly referred to as "B.M.") be terminated because Benito Molina Jr. has turned age 18.

Benito Molina Sr. is the natural father of Benito Molina Jr. (Benito Molina Sr. Decl. ("Molina Sr. Decl.") ¶ 2.)  On March 14, 2018, Plaintiffs, including Benito Molina Jr., commenced this action against Defendant Mehrivar Meknuni. (*Id*. ¶ 3.)  At the time of commencement of this action, Benito Molina Jr. was a minor. (*Id*. ¶ 4.)

1  On March 22, 2018, Petitioner Benito Molina Sr. was appointed guardian ad litem of

2  Benito Molina Jr. by this Court. (*Id*. ¶ 5.)  On October 13, 2018, Benito Molina Jr.

3  turned 18 years old. (*Id*. ¶ 6.)  Now that Benito Molina Jr. has reached the age of

4  majority, he is competent and fully able to represent this own interests and therefore

5  no longer requires a guardian ad litem. (*Id*. ¶¶ 7-8, Benito Molina Jr. Decl. ¶ 4.)

6      Rule 17(c)(2) provides that "[a] minor or an incompetent person who does not

7  have a duly appointed representative may sue by a next friend or by a guardian ad

8  litem." Fed. R. Civ. P. 17(c)(2).  In this case, Benito Molina Jr. is no longer a minor

9  and is fully competent to represent himself in this action.

10      Plaintiffs therefore requests that this Court issue an Order terminating Benito

11  Molina Sr. as guardian ad litem status for Benito Molina Jr.

12      Dated: March 4, 2019.

13                                      Respectfully submitted,

14                                      HOUSING RIGHTS CENTER

15

16

17

18                                      _____

19                                      Azadeh Hosseinian
                                        Attorneys for Plaintiffs

20

21

22

23

24

25

26

27

28