IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BLANCA MOLINA, an individual, and B.M. and K.M., by and through their guardian ad litem BENITO MOLINA,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>MEHRIVAR MEKNUNI, an individual,<br><br>　　　　Defendant. | Case No.: 2:18-cv-02130-RGK(PJWx)<br><br>**[PROPOSED] ORDER RE: UNOPPOSED MOTION FOR APPROVAL OF MINOR K.M.'S COMPROMISE** |

　　　Having considered the Unopposed Motion for Approval of Minor K.M.'s Compromise, and supporting declarations and documents, and good cause appearing therefor, this Court hereby orders that:

　　　1.　The Petition For Minor K.M.'s Compromise is granted and the compromise is approved.

　　　2.　Minor Plaintiff K.M. shall receive $4,000.00.

　　　3.　Within 72 hours of receipt of a check in the amount of $4,000.00 payable to order of Petitioner Benito Molina Sr. as trustee for K.M., Petitioner Benito Molina Sr. shall deposit the check in a blocked account at a federally insured bank or credit union.

4. Petitioner will deliver to the depository a copy of this Order.

5. The blocked account will belong to minor K.M.

6. No withdrawal of principal or interest may be made from K.M.'s blocked account without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until K.M. reaches the age of 18 years. When K.M. attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to K.M., upon demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

7. Petitioner Benito Molina Sr. is authorized and directed to execute any and all documents reasonably necessary to carry out the terms of this settlement.

8. Within 15 days of depositing the funds into the blocked account, Petitioner Benito Molina Sr. will file with this Court the depository's awknowledgement of receipt of the order and the funds.

9. The Local Rule 17-1.7 bond is waived.

IT IS SO ORDERED.

Dated:

_____
R. Gary Klausner
United States District Judge