JS-6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BLANCA MOLINA, an individual, and B.M. and K.M., by and through their guardian ad litem BENITO MOLINA,<br><br>Plaintiffs,<br><br>vs.<br><br>MEHRIVAR MEKNUNI, an individual,<br><br>Defendant. | Case No.: 2:18-cv-02130-RGK(PJWx)<br><br>**[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE WITH COURT TO RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT UNTIL AUGUST 1, 2019** |

After full consideration of the Parties' Joint Stipulation of Dismissal With Prejudice, and good cause appearing therefore, this Court hereby ORDERS that the case be dismissed with prejudice. The Court shall retain jurisdiction until August 1, 2019 for the purpose of enforcing the terms of the Parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: March 27, 2019

*Gary Klausner*
_____
R. Gary Klausner
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE